UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61118-CIV-COHN/SELTZER

SCANNED

GISELE BENEDICT,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon a Report and Recommendation submitted by United States Magistrate Judge Barry S. Seltzer on March 14, 2008 [DE 24] regarding Plaintiff Gisele Benedict's Complaint seeking judicial review of a final decision of the Social Security Administration. The Court has conducted a *de novo* review of the record herein, including the Report and Recommendation and Plaintiff's Objection [DE 25] and is otherwise fully advised in the premises.

In his Report and Recommendation, Judge Seltzer concludes that the ALJ's decision was supported by substantial evidence. Thus, Judge Seltzer recommends that the Court deny Plaintiff's Motion for Summary Judgment [DE 14] and grant the Commissioner's counter-Motion for Summary Judgment [DE 21]. In Plaintiff's Objection, she objects generally to the conclusions of Judge Seltzer, and does not repeat the arguments raised in her Motion for Summary Judgment. However, in conducting a *de novo* review of the record, the Court considers these arguments herein.

Plaintiff raised two primary arguments in opposition to the ALJ's findings. The first argument concerns the Claimant's failure to meet the requirements of two listed impairments, and the second argument concerns the ALJ's failure to call a medical expert.

The ALJ Report states in its findings that "[t]he claimant's medically determinable impairment does not meet or medically equal one of the listed impairments in Appendix I, Subpart P, Regulations No. 4." (Tr. 18.) Judge Seltzer concluded that the ALJ's finding that Claimant does not meet or equal a listed impairment was supported by substantial evidence in the record, including medical reports that disclosed Claimant's wide range of activities during the time she claimed to be disabled and, in particular, a doctor's report that stated that Claimant "ambulate[d] without the use of assistive devices." (DE 24, p. 14, quoting Tr. 236.) This Court agrees, and can find no reason to reverse the ALJ's findings on this issue.

Plaintiff also objects to the ALJ's failure to call a medical expert. Judge Seltzer concluded that the ALJ was entitled to rely on the administrative record that contained "numerous reports of physicians . . . replete with their treatment notes and other reports." (DE 24, p. 22.) The Court agrees, and finds no merit in Plaintiff's argument that the ALJ should have retained a medical expert.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Seltzer [DE 24] is **ADOPTED**. Plaintiff's Motion for Summary Judgment [DE 14] is **DENIED**, and the Commissioner's counter-Motion for Summary

Judgment [DE 21] is **GRANTED**. Final judgment will be entered by separate Order. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 28th day of May, 2008.

**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record